# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

August 21, 2023

MICHAEL B BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 23-2568 | JANE DOE, #1, a minor, by her mother and next friend, JANE DOE #2,<br><br>        Plaintiff - Appellee<br><br>v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, Superintendent,<br><br>        Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00876-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman | |

Upon consideration of the **MOTION FOR LEAVE TO FILE DISCLOSURE STATEMENT UNDER SEAL**, filed on August 18, 2023, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Appellee Jane Doe, #1, a minor, by her mother and next friend, Jane Doe #2, is granted leave to proceed using a pseudonym.

**IT IS FURTHER ORDERED** that the clerk of this court shall file under seal the disclosure statement tendered with the appellee's motion.