# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 12, 2025

Before

DIANE S. SYKES, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 23-2568 | D.P., a minor, by her mother and next friend, A.B., <br>    Plaintiff - Appellee <br><br> v. <br><br> MUKWONAGO AREA SCHOOL DISTRICT and JOSEPH KOCH, Superintendent, <br>    Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:23-cv-00876-LA <br> Eastern District of Wisconsin <br> District Judge Lynn Adelman ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)