# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 25, 2025

**Before**

DIANE S. SYKES, *Chief Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 23-2568 | |
| D.P., a minor, by her mother and next friend, A.B.,<br>*Plaintiff-Appellee*,<br><br>*v.*<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOSEPH KOCH,<br>*Defendants-Appellants*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 2:23-cv-00876<br><br>Lynn Adelman,<br>*Judge*. |

# O R D E R

Upon consideration of the motion to suspend supplemental briefing, filed on July 23, 2025, by the appellee, **IT IS ORDERED** that the motion is **DENIED**.

Appellee is free to dismiss the complaint, and either party is free to file a motion to dismiss the proceedings as moot (and so vacate the preliminary injunction). Further, the district court has our permission to vacate the preliminary injunction if it thinks that step prudent.